William A. Rossbach
ROSSBACH LAW, P.C.
401 North Washington St.
Missoula, MT 59807-8988
Phone:  (406) 543-5156
Fax:  (406) 728-8878
bill@rossbachlaw.com

David S. Muraskin
PUBLIC JUSTICE, P.C.
1620 L St. NW, Suite 630
Washington, DC 20036
Phone:  (202) 861-5245
dmuraskin@publicjustice.net

J. Dudley Butler
BUTLER FARM & RANCH LAW GROUP, PLLC
499-A Breakwater Dr.
Benton, MS 39039
Phone:  (662) 673-0091
jdb@farmandranchlaw.com
*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| RANCHERS-CATTLEMEN ACTION LEGAL FUND, UNITED STOCKGROWERS OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TOM VILSACK, IN HIS OFFICIAL CAPACITY AS SECRETARY OF AGRICULTURE, AND THE UNITED STATES DEPARTMENT OF AGRICULTURE,<br><br>Defendants. | Case No. CV-16-41-GJ-BMM-JTJ<br><br>**OPPOSITION TO DEFENDANTS' MOTION TO DISMISS OR, IN THE ALTERNATIVE STAY THE CASE**<br>**&**<br>**PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, FOR A PRELIMINARY INJUNCTION** |

1

Plaintiff, the Ranchers-Cattlemen Action Legal Fund, United Stockgrowers of America, pursuant to Federal Rules of Civil Procedure 56 and 65, as well as this Court's inherent equitable powers, hereby moves for summary judgment and the entry of a declaratory judgment and injunctive relief.  In the alternative, pursuant to Federal Rule of Civil Procedure 65 and this Court's inherent equitable powers, Plaintiff moves for a preliminary injunction.  The grounds for this motion are set forth in the accompanying statement of undisputed facts, related exhibits, and memorandum, which also serves as Plaintiff's Opposition to Defendants' Motion to Dismiss, or, in the Alternative, Stay the Case, Dkt. No. 19.

Pursuant to Local Rule 7.1(c)(1), the undersigned conferred with counsel for Defendants regarding this motion, and she indicated that Defendants oppose the motion.

//

//

//

//

RESPECTFULLY SUBMITTED this 24th day of August, 2016.

        ROSSBACH LAW, PC

        By:    /s/ William A. Rossbach   
               William A. Rossbach

David S. Muraskin
PUBLIC JUSTICE, P.C.
1620 L St. NW, Suite 630
Washington, DC 20036

J. Dudley Butler
BUTLER FARM & RANCH LAW GROUP, PLLC
499-A Breakwater Dr.
Benton, MS 39039

*Attorneys for Plaintiffs*