IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| RANCHERS-CATTLEMEN ACTION LEGAL FUND, UNITED STOCKGROWERS OF AMERICA, | CV 16-00041-BMM-JTJ |
| Plaintiff, | ORDER GRANTING JOINT MOTION TO APPEAR AT PRELIMINARY PRETRIAL CONFERENCE BY TELEPHONE |
| v. | |
| TOM VILSACK, in his official capacity as Secretary of Agriculture; and UNITED STATES DEPARTMENT OF AGRICULTURE, | |
| Defendants. | |

The parties have filed a joint motion, requesting permission to appear by telephone at the preliminary pretrial conference set for September 28, 2016 at 3:00 p.m. For good cause shown, IT IS HEREBY ORDERED that the joint motion is GRANTED. All parties will appear at the preliminary pretrial conference by telephone. The Court will contact the parties with the call-in information.

DATED this 20th day of September, 2016.

_____
John Johnston
United States Magistrate Judge