William A. Rossbach
ROSSBACH LAW, P.C.
401 North Washington St.
Missoula, MT 59807-8988
Phone: (406) 543-5156
bill@rossbachlaw.com

David S. Muraskin
PUBLIC JUSTICE, P.C.
1620 L St. NW, Suite 630
Washington, DC 20036
Phone: (202) 861-5245
dmuraskin@publicjustice.net

J. Dudley Butler
BUTLER FARM & RANCH LAW GROUP, PLLC
499-A Breakwater Dr.
Benton, MS 39039
Phone: (662) 673-0091
jdb@farmandranchlaw.com
*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| RANCHERS-CATTLEMEN ACTION LEGAL FUND, UNITED STOCKGROWERS OF AMERICA,<br>            Plaintiff,<br>v.<br><br>SONNY PERDUE, IN HIS OFFICIAL CAPACITY AS SECRETARY OF AGRICULTURE, AND THE UNITED STATES DEPARTMENT OF AGRICULTURE,<br><br>            Defendants. | Case No. 16-00041-BMM-JTJ<br><br>**PLAINTIFF'S MOTION TO LIFT STAY AND SERVE SUPPLEMENTAL PLEADING** |

Plaintiff, the Ranchers-Cattlemen Action Legal Fund, United Stockgrowers of America respectfully requests that: (i) pursuant to Federal Rule of Civil Procedure 16(a), this Court lift the stay it entered in this case, Dkt. No. 52, and set a telephonic scheduling conference for mid-September; and (ii) pursuant to Federal Rule of Civil Rule 15(d), this Court allow Plaintiff to serve the Supplemental Pleading attached as Exhibit A to Plaintiff's Brief in support of this Motion, and Order Defendants to Answer within 14 days, the same deadline as their outstanding Answer to Plaintiff's Complaint. *See* Dkt. No. 52.

Pursuant to Local Rule 7.1(c)(1), the undersigned conferred with counsel for Defendants regarding this Motion, and counsel for Defendants indicated that Defendants do not oppose Plaintiff's first request, but do oppose the second.

RESPECTFULLY SUBMITTED this 9th day of August, 2018.

        PUBLIC JUSTICE, P.C.

        By: ____/s/ David S. Muraskin____
              David S. Muraskin

        William A. Rossbach
        ROSSBACH LAW, P.C.
        401 North Washington St.
        Missoula, MT 59807-8988

J. Dudley Butler
BUTLER FARM & RANCH LAW GROUP, PLLC
499-A Breakwater Dr.
Benton, MS 39039

*Attorneys for Plaintiff*