# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| RANCHERS-CATTLEMEN ACTION LEGAL FUND, UNITED STOCKGROWERS OF AMERICA,<br><br>*Plaintiff*,<br>v.<br><br>SONNY PERDUE, IN HIS OFFICIAL CAPACITY AS SECRETARY OF AGRICULTURE, AND THE UNITED STATES DEPARTMENT OF AGRICULTURE,<br><br>*Defendants*. | Case No. 4:16-cv-00041-BMM-JTJ<br><br>**ORDER** |

Upon the Unopposed (as to Rule 24(b)) Motion to Intervene ("Motion") by Proposed Defendant-Intervenors the Montana Beef Council, Nebraska Beef Council, Pennsylvania Beef Council, Texas Beef Council, Lee Cornwell, Gene Curry, and Walter J. Taylor, Jr. ("Proposed Intervenors"), pursuant to Federal Rule of Civil Procedure 24(a), and for good cause shown, **IT IS HEREBY**

**ORDERED** that Proposed Intervenors' Motion is **GRANTED**; and it is further

**ORDERED** that the Proposed Intervenors shall be designated as Defendant-Intervenors in these proceedings; and it is further

**ORDERED** that the Proposed Intervenors' Proposed Answer and that the Proposed Intervenors' Proposed Response to Amended Supplemental Pleading shall be deemed filed as of the date of entry of this Order.

DATED this 28th day of November, 2018.

_____
Brian Morris
United States District Court Judge