**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION**

| | |
|---|---|
| RANCHERS-CATTLEMEN ACTION LEGAL FUND, UNITED STOCKGROWERS OF AMERICA,<br><br>          Plaintiff,<br>     vs.<br><br><br>SONNY PERDUE, IN HIS OFFICIAL CAPACITY AS SECRETARY OF AGRICULTURE AND THE UNITED STATES DEPARTMENT OF AGRICULTURE,<br><br>          Defendant. | **CV-16-41-GF-BMM**<br><br><br>**ORDER** |

Pursuant to 28 U.S.C. § 636(b)(1)(A), **IT IS ORDERED** that Plaintiff

Ranchers-Cattlemen Action Legal Fund, United Stockgrowers of America's

Motion for Summary Judgment on all Claims (Doc. 89), is hereby referred to

Magistrate Judge Johnston. Judge Johnston will conduct all necessary hearings

and submit to the undersigned proposed Findings and Recommendations for the

disposition of Plaintiff's Motion.


DATED this 29th day of May, 2019


Brian Morris
United States District Court Judge