JOSEPH H. HUNT
Assistant Attorney General

ERIC R. WOMACK
Assistant Branch Director

MICHELLE R. BENNETT
DANIEL HALAINEN
REBECCA KOPPLIN
Trial Attorneys
United States Department of Justice
1100 L Street NW
Washington, D.C. 20530
Tel: (202) 514-3953
Fax: (202) 616-8470
Email: rebecca.m.kopplin@usdoj.gov
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| RANCHERS-CATTLEMEN ACTION LEGAL FUND, UNITED STOCKGROWERS OF AMERICA,<br>　　　Plaintiff,<br><br>　　　v.<br><br>SONNY PERDUE, in his official capacity as Secretary of Agriculture; and UNITED STATES DEPARTMENT OF AGRICULTURE,<br>　　　Defendants,<br><br>MONTANA BEEF COUNCIL, *et al.*,<br>　　　Defendants-Intervenors. | CV 16-00041-BMM-JTJ<br><br>NOTICE OF DEVELOPMENT |

Defendants Sonny Perdue, in his official capacity as Secretary of Agriculture, and the United States Department of Agriculture respectfully submit this notice to advise the Court of a factual development relevant to the Court's resolution of the parties' cross-motions for summary judgment. Dkt. Nos. 89, 94, 98. On January 16, 2020, the Maryland Beef Industry Council signed a Memorandum of Understanding (MOU) with the U.S. Department of Agriculture. *See* Ex. A (attached herewith). The terms of this MOU are the same as the MOUs previously submitted to this Court in support of the federal government's motion for summary judgment. *See* Declaration of Daniel Halainen, Exs. 9-29, Dkt. 99-3.

As a result of this development and the recent MOU signed by the Vermont Beef Industry Council, *see* Notice of Development, ECF No. 133, all of the Qualified State Beef Councils (QSBCs) in this case—that is, all fifteen QSBCs named in paragraph 15 of Plaintiff's supplemental pleading, Dkt. 58-3—are now subject to MOUs with the U.S. Department of Agriculture. This development is relevant to arguments by the federal government defendants and the defendants-intervenors that the U.S. Department of Agriculture exercises effective control of QSBCs' promotional activities through the MOUs. Because of this development, the Court need not reach the question whether the government exercises effective control of the promotional activities of QSBCs not subject to MOUs, because no such QSBCs remain in this case.

Case 4:16-cv-00041-BMM-JTJ   Document 134   Filed 01/16/20   Page 3 of 4

Respectfully submitted this 16th day of January, 2020,

        JOSEPH H. HUNT
        Assistant Attorney General

        ERIC R. WOMACK
        Assistant Branch Director

        /s/ Rebecca Kopplin
        MICHELLE R. BENNETT
        DANIEL HALAINEN
        REBECCA KOPPLIN
        Trial Attorneys
        United States Department of Justice
        1100 L Street NW
        Washington, D.C. 20530
        Tel: (202) 514-3953
        Fax: (202) 616-8470
        Email: rebecca.m.kopplin@usdoj.gov
        Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notice of such filing to all parties.

/s/ Rebecca Kopplin
REBECCA KOPPLIN
Trial Attorney