UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| RANCHERS-CATTLEMEN ACTION LEGAL FUND, UNITED STOCKGROWERS OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SONNY PERDUE, in his official capacity as Secretary of Agriculture, and the UNITED STATES DEPARTMENT OF AGRICULTURE,<br><br>Defendants.<br><br>vs.<br><br>MONTANA BEEF COUNCIL, et al.,<br><br>Defendant-Intervenors. | Case No. CV-16-41-GF-BMM<br><br><br><br>JUDGMENT IN A CIVIL CASE |

    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

  <u> X </u>  **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

IT IS ORDERED AND ADJUDGED:

Magistrate Judge John Johnston's Findings and Recommendations (Doc. 135) are ADOPTED IN FULL:

1. Plaintiff's motion for summary judgment (Doc. 89) is **DENIED**;

2. Plaintiff's motion to strike (Doc. 114) is **DENIED**, as moot;

3. Defendant Sonny Perdue, in his official capacity as Secretary of Agriculture, and the United States Department of Agriculture's cross motion for summary judgment (Doc. 98) is **GRANTED**;

4. Defendant-Intervenors Montana Beef Council, et al.'s cross motion for summary judgment (Doc. 94) is **GRANTED**.

Further, Plaintiff's motion to strike (Doc. 144) is **DENIED**, as moot.

Dated this 27th day of March, 2020.

TYLER P. GILMAN, CLERK

By: /s/ S. Redding
        S. Redding, Deputy Clerk