William A. Rossbach
ROSSBACH LAW, P.C.
401 North Washington St.
Missoula, MT 59807
Phone: (406) 543-5156
bill@rossbachlaw.com

David S. Muraskin
PUBLIC JUSTICE, P.C.
1620 L St. NW, Suite 630
Washington, DC 20036
Phone: (202) 861-5245
dmuraskin@publicjustice.net

J. Dudley Butler
BUTLER FARM & RANCH LAW
GROUP, PLLC
499-A Breakwater Dr.
Benton, MS 39039
Phone: (662) 673-0091
jdb@farmandranchlaw.com
  *Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| RANCHERS-CATTLEMEN ACTION LEGAL FUND, UNITED STOCKGROWERS OF AMERICA,<br>*Plaintiff,*<br>v.<br>SONNY PERDUE, IN HIS OFFICIAL CAPACITY AS SECRETARY OF AGRICULTURE, AND THE UNITED STATES DEPARTMENT OF AGRICULTURE,<br>*Defendants,*<br>MONTANA BEEF COUNCIL et al.<br>*Intervenors.* | Case No. CV-16-41-GF-BMM-JTJ<br><br>**DECLARATION OF BILL BULLARD CHIEF EXECUTIVE OFFICER OF THE RANCHERS-CATTLEMEN ACTION LEGAL FUND, UNITED STOCKGROWERS OF AMERICA, IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEY'S FEES & COSTS** |

I, Bill Bullard, hereby declare as follows:

1. I submit this declaration in support of Plaintiff's Motion for Attorney Fees and Costs. The matters set forth in this declaration are based on my personal knowledge.

2. I am the Chief Executive Officer of the Ranchers-Cattlemen Action Legal Fund, United Stockgrowers of America ("R-CALF"). I have held this position since April 2001.

3. I am authorized to make the following statements on behalf of R-CALF.

4. R-CALF had fewer than 500 employees and a net worth less than $7,000,000 at the time this lawsuit was filed. Currently, R-CALF employs six people part-time and/or full-time and has a net worth of $149,604.51.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Billings, Montana on September 8, 2020.

_____
Bill Bullard, C.E.O., Ranchers-
Cattlemen Action Legal Fund,
United Stockgrowers of America