William A. Rossbach
ROSSBACH LAW, P.C.
401 North Washington St.
Missoula, MT 59807
Phone:  (406) 543-5156
bill@rossbachlaw.com

David S. Muraskin
PUBLIC JUSTICE, P.C.
1620 L St. NW, Suite 630
Washington, DC 20036
Phone:  (202) 861-5245
dmuraskin@publicjustice.net

J. Dudley Butler
BUTLER FARM & RANCH LAW
GROUP, PLLC
499-A Breakwater Dr.
Benton, MS 39039
Phone:  (662) 673-0091
jdb@farmandranchlaw.com
        *Attorneys for Plaintiff*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MONTANA
### GREAT FALLS DIVISION

| | |
|---|---|
| RANCHERS-CATTLEMEN ACTION LEGAL FUND, UNITED STOCKGROWERS OF AMERICA, *Plaintiff*, v. SONNY PERDUE, IN HIS OFFICIAL CAPACITY AS SECRETARY OF AGRICULTURE, AND THE UNITED STATES DEPARTMENT OF AGRICULTURE, *Defendants*, MONTANA BEEF COUNCIL et al. *Intervenors*. | Case No. CV-16-41-GF-BMM-JTJ<br><br>**DECLARATION OF DAVID S. MURASKIN IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEY'S FEES & COSTS** |

I, David S. Muraskin, hereby declare as follows:

1.     I submit this declaration in support of Plaintiff's Motion for Attorney Fees and Costs. I am the Litigation Director of Public Justice's Food Project and lead counsel for the Plaintiff Ranchers-Cattlemen Action Legal Fund, United Stockgrowers of America ("R-CALF") in this matter. The matters set forth in this declaration are based on my personal knowledge and experience and my consideration of materials and information described below. For any matter that is not based on my direct personal knowledge, I am authorized to make these statements on behalf of Public Justice and I have developed personal knowledge of these facts by speaking with the organization's staff and reviewing its documents. If called to testify as to these matters, I could and would competently testify to what is set out in this declaration.

2.     I am a senior attorney and the Food Project Litigation Director at Public Justice, a nonprofit organization with offices in Washington, D.C. and Oakland, California. I am the lead attorney for R-CALF in this matter and have over eleven years of experience and specialized experience in litigating First Amendment matters relevant to this case.

3.     After this Court's March 27, 2019 decision, I directed Public Justice's Food Project associate attorney Kellan Smith to compile and review Plaintiff-attorneys' timesheets and draft a fee demand to send to Government-Defendants for

Plaintiff's fees and costs pursuant to the Equal Access to Justice Act. Under my supervision, Mr. Smith sent a letter to the Government's attorneys on May 29, 2020 outlining Plaintiff's position on fees and costs, including Plaintiff-counsel's timesheets and breakdown of costs. After some back and forth over email, the parties were unable to narrow any issues related to Plaintiff's fees and costs.

4.      In preparation for this Motion for Attorney Fees and Costs, I directed Mr. Smith to continue to review and scrutinize the hours expended by Plaintiff's attorneys. Mr. Smith and I determined that R-CALF would only seek fees on time spent litigating the case from case development through the appeal of the Court's preliminary injunction, as this is what R-CALF was most clearly entitled to at this stage, thereby eliminating unnecessary disputes.

5.      During this period, the following attorneys at Public Justice contributed to the case: myself, and four former legal fellows, *i.e.*, entry level attorneys (Dani Zylberg; Gabriel Hopkins; Kyra Taylor; and Lucas Rhodes).

6.      In addition, we determined we would only seek Mr. Smith's time spent negotiating and litigating this fee issue, again to narrow the issues and ensure the reasonableness of our fee request.

7.      It is Public Justice's policy that every attorney in the organization keep contemporaneous time records of all of their work, recording the time spent to the next one-tenth of the hour, along with a narrative of the activity. Some attorneys

employ software that allows them to start and stop a clock when they begin and end each task and then enter a narrative description. Other attorneys, like me, create contemporaneous written records or other electronic files allowing them to determine when they initiated and stopped a task and the nature of the work. Because neither system readily allows attorneys to record work when they are on-the-go—such as phone calls on their cells phones, or responding to emails from a mobile device—it is typical that attorneys will write-off this time, making Public Justice's contemporaneous time records underinclusive of the time actually spent on a matter.

8.     During this period, co-counsel on this case J. Dudley Butler and William A. Rossbach also contributed to the case. Both Mr. Butler and Mr. Rossbach supplied Public Justice their time records in preparation for this motion.

9.     Ultimately, the attorney fees R-CALF seeks to recover is based on time these attorneys spent after the removal of hours made by myself and Mr. Smith in an effort to eliminate unnecessary disputes about the hours devoted to each task. We did so as follows:

      a.  We excluded time from all attorneys that we determined a private client would object to.

b.  We wrote off the time of support staff, including the work Public Justice Food Project paralegal Lisa Reed performed in compiling Plaintiff-counsel's time sheets and costs.

c.  We reconciled inconsistent time entries by using the lowest possible entry, including reducing to zero where appropriate, the time spent litigating the case from case development through the appeal of the preliminary injunction.

d.   We eliminated all time spent negotiating and litigating Plaintiff's fees and costs except for the time spent by Mr. Smith, despite the fact that I also contributed to the review of fees and costs and the briefing on this matter.

10.    Attached as Exhibit A is a true and correct copy of the time entries of each attorney who worked on this case for Plaintiff after the removal of hours described above.

11.    Exhibit A calculates the fees earned using the rates set by the Ninth Circuit for EAJA fees based on the year the work is performed (http://www.ca9.uscourts.gov/content/view.php?pk_id=0000000039). Thus, because R-CALF is seeking fees for work performed by its attorneys in the years 2015, 2016, 2017, 2018, and 2020, the rate used is set for the year each attorney performed that work by the Ninth Circuit at the following levels:

2020:  $206.77
2018:  $201.60
2017:  $196.79
2016:  $192.68
2015:  $190.28.

12.     Also attached in Exhibit A is a true and correct copy of the costs Plaintiff incurred from the relevant time period (i.e. from case development through litigating the preliminary injunction appeal) which are made up of travel costs, copying and printing costs, legal research costs, telephone costs, and court costs. On behalf of R-CALF, Public Justice incurred and seeks recovery for these out-of-pocket expenses. Public Justice's Accounting Department received and paid numbers of bills in this matter, identifying and tracking them with a unique case identification number, as it does in its regular course of business. Public Justice's Accounting Department also regularly tracks in-house costs that are associated with particular cases. Whenever attorneys print material, sign-in to Westlaw or PACER, or use teleconference lines that charge fees, they are required to enter a case's unique identification number. Public Justice's Accounting Department uses this to assign those costs to the case. It charges $0.50/page for printing, and assigns the amounts reflected in our monthly billing statements from Westlaw, PACER, and the teleconference service to the appropriate case.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Washington, D.C. on September 9, 2020.

/s/ David S. Muraskin
David S. Muraskin

# Exhibit A

## Summary of Fees and Costs

| Timekeeper | Fees |
|---|---|
| Butler | $ 3,686.61 |
| Muraskin | $ 114,314.00 |
| Rossbach | $ 5,940.77 |
| Smith | $ 10,178.05 |

| Hopkins | $ 6,353.24 |
|---|---|
| Rhodes | $ 2,431.32 |
| Taylor | $ 1,079.00 |
| Zylberg | $ 1,445.10 |

**Total Attorney's Fees**     $   **145,428.08**

**Total Out of Pocket Costs**     $     **5,344.17**

**Butler**

| Date | Attorney | Description | Rate | Hours | Value |
|------|----------|-------------|------|-------|-------|
| 11/24/2015 | J. Dudley Butler | Review & analyze Beef Checkoff research | $190.28 | 0.6 | $ 114.17 |
| 3/17/2016 | J. Dudley Butler | Review, analyze and edit Initial Draft of Complaint | $192.68 | 1.4 | $ 269.75 |
| 3/18/2016 | J. Dudley Butler | Review, analyze and edit Draft of Complaint | $192.68 | 0.4 | $ 77.07 |
| 3/19/2016 | J. Dudley Butler | Review & analyze States previous Amicus Briefs in Johanns' Appeal | $192.68 | 0.9 | 173.41 |
| 3/23/2016 | J. Dudley Butler | Review, analyze and edit Draft of Complaint | $192.68 | 1 | $ 192.68 |
| 4/1/2016 | J. Dudley Butler | Review, analyze and edit Draft of Complaint | $192.68 | 0.4 | $ 77.07 |
| 4/5/2016 | J. Dudley Butler | Review, analyze and edit Draft of Complaint | $192.68 | 0.6 | $ 115.61 |
| 4/13/2016 | J. Dudley Butler | Review, analyze and edit Complaint | $192.68 | 0.9 | $ 173.41 |
| 4/27/2016 | J. Dudley Butler | Review, analyze and edit Complaint | $192.68 | 0.2 | $ 38.54 |
| 8/5/2016 | J. Dudley Butler | Review & analyze Defendant's MTD and Brief | $192.68 | 1.4 | $ 269.75 |
| 8/22/2016 | J. Dudley Butler | Review, analyze & edit Plaintiff's Opposition to MTD | $192.68 | 0.7 | $ 134.88 |
| 9/11/2016 | J. Dudley Butler | Review, analyze and edit Plaintiff's Memorandum | $192.68 | 0.2 | $ 38.54 |
| 9/21/2016 | J. Dudley Butler | Review Defendant's Pretrial | $192.68 | 0.2 | $ 38.54 |
| 9/25/2016 | J. Dudley Butler | Review, analyze and edit Plaintiff's Initial Disclosures | $192.68 | 0.2 | $ 38.54 |
| 10/3/2016 | J. Dudley Butler | Review, analyze and edit Plaintiff's Replies | $192.68 | 0.8 | $ 154.14 |
| 10/4/2016 | J. Dudley Butler | Review & analyze portions of Beef | $192.68 | 0.3 | $ 57.80 |
| 10/6/2016 | J. Dudley Butler | Review, analyze and edit Plaintiff's Reply | $192.68 | 0.6 | $ 115.61 |
| 12/12/2016 | J. Dudley Butler | Review & analyze Magistrates Initial Findings | $192.68 | 0.5 | $ 96.34 |
| 12/30/2016 | J. Dudley Butler | Review, analyze and edit Plaintiff's Opposition Brief draft | $192.68 | 1.1 | $ 211.95 |
| 1/4/2017 | J. Dudley Butler | Continued review and edits Plaintiff's Opposition Brief | $196.79 | 2.1 | $ 413.26 |
| 7/17/2017 | J. Dudley Butler | Review & analyze AMS Guidelines, | $196.79 | 0.8 | $ 157.43 |
| 9/12/2017 | J. Dudley Butler | Review, analyze and edit Draft Stipulation | $196.79 | 0.1 | $ 19.68 |
| 10/3/2017 | J. Dudley Butler | Review, analyze and edit Draft Appellees Brief | $196.79 | 3 | $ 590.37 |
| 10/10/2017 | J. Dudley Butler | Review, analyze and edit Draft Appellees Brief | $196.79 | 0.6 | $ 118.07 |

**Butler**

| Date | Attorney | Description | Rate | Hours | Value |
|------|----------|-------------|------|-------|-------|
| Total Hours and Fees | | | | 19.00 | $ 3,686.61 |

**Muraskin**

| Date | Attorney | Description | Rate | Hours | Value |
|---|---|---|---|---|---|
| 8/24/2015 | D. Muraskin | research beef checkoff (0.6) | $190.28 | 0.60 | $ 114.17 |
| 8/25/2015 | D. Muraskin | Beef checkoff research (2) | $190.28 | 2.00 | $ 380.56 |
| 8/27/2015 | D. Muraskin | Beef checkoff research (2.2) | $190.28 | 2.20 | $ 418.62 |
| 9/2/2015 | D. Muraskin | research First Amendment issues associated with checkoffs (0.7) | $190.28 | 0.70 | $ 133.20 |
| 9/17/2015 | D. Muraskin | Checkoff, review and edit memo (6.8) | $190.28 | 6.80 | $ 1,293.90 |
| 9/18/2015 | D. Muraskin | Checkoff: Draft, edit and research memo on checkoffs  (7.5) | $190.28 | 7.50 | $ 1,427.10 |
| 9/22/2015 | D. Muraskin | Checkoff: Edit memo on checkoff case (4.4) | $190.28 | 4.40 | $ 837.23 |
| 9/29/2015 | D. Muraskin | Research on checkoff challenge (1.7); | $190.28 | 1.70 | $ 323.48 |
| 10/19/2015 | D. Muraskin | emails on checkoff case and research related to the same (1.5). | $190.28 | 1.50 | $ 285.42 |
| 10/27/2015 | D. Muraskin | call with Justin Marceau on checkoff case (0.9) | $190.28 | 0.90 | $ 171.25 |
| 11/9/2015 | D. Muraskin | research on checkoff case (1.5); | $190.28 | 1.50 | $ 285.42 |
| 11/10/2015 | D. Muraskin | Draft checkoff cooperating attorney agreement (1.6); | $190.28 | 1.60 | $ 304.45 |
| 11/12/2015 | D. Muraskin | 1 revise checkoff agreement; 0.7 research for checkoff claim splitting; | $190.28 | 1.70 | $ 323.48 |
| 11/20/2015 | D. Muraskin | 0.5 finalize checkoff agreement | $190.28 | 0.50 | $ 95.14 |
| 11/24/2015 | D. Muraskin | 2.8 checkoff research on government speech law in various circuits; | $190.28 | 2.80 | $ 532.78 |
| 12/21/2015 | D. Muraskin | 1 checkoff agreement revisions; | $190.28 | 1.00 | $ 190.28 |
| 12/23/2015 | D. Muraskin | 0.5 finalize checkoff agreement | $190.28 | 0.50 | $ 95.14 |
| 1/7/2016 | D. Muraskin | 1 checkoff call with client; | $192.68 | 1.00 | $ 192.68 |
| 1/19/2016 | D. Muraskin | 1.4 research for checkoff case; | $192.68 | 1.40 | $ 269.75 |
| 1/29/2016 | D. Muraskin | Review documents for checkoff case (0.3); | $192.68 | 0.30 | $ 57.80 |
| 2/3/2016 | D. Muraskin | Draft checkoff complaint and related research | $192.68 | 5.20 | $ 1,001.94 |
| 2/17/2016 | D. Muraskin | Review documents on checkoff case (2); | $192.68 | 2.00 | $ 385.36 |
| 2/22/2016 | D. Muraskin | Draft checkoff complaint (4.7); | $192.68 | 4.70 | $ 905.60 |
| 2/23/2016 | D. Muraskin | Research checkoff complaint (0.7); | $192.68 | 0.70 | $ 134.88 |
| 2/24/2016 | D. Muraskin | Checkoff, call on complaint and draft complaint (1.2) | $192.68 | 1.20 | $ 231.22 |
| 2/25/2016 | D. Muraskin | Draft Checkoff complaint (2.5) | $192.68 | 2.50 | $ 481.70 |
| 2/26/2016 | D. Muraskin | Draft checkoff complaint (5.1) | $192.68 | 5.10 | $ 982.67 |
| 2/29/2016 | D. Muraskin | Research exhaustion and immunity issues for checkoff case | $192.68 | 6.50 | $ 1,252.42 |
| 3/4/2016 | D. Muraskin | work on checkoff complaint (1.5) | $192.68 | 1.50 | $ 289.02 |
| 3/7/2016 | D. Muraskin | Draft checkoff complaint (2.4) | $192.68 | 2.40 | $ 462.43 |
| 3/8/2016 | D. Muraskin | Draft checkoff complaint | $192.68 | 7.50 | $ 1,445.10 |
| 3/10/2016 | D. Muraskin | Revise checkoff complaint | $192.68 | 7.80 | $ 1,502.90 |
| 3/14/2016 | D. Muraskin | Revise checkoff complaint (2.2); ; | $192.68 | 2.20 | $ 423.90 |

**Muraskin**

| Date | Attorney | Description | Rate | Hours | Value |
|------|----------|-------------|------|-------|-------|
| 3/16/2016 | D. Muraskin | Checkoff complaint revisions and research (7.3) | $192.68 | 7.30 | $ 1,406.56 |
| 3/17/2016 | D. Muraskin | Revise checkoff complaint (1.9); | $192.68 | 1.90 | $ 366.09 |
| 3/18/2016 | D. Muraskin | Checkoff, revise complaint (1.8); | $192.68 | 1.80 | $ 346.82 |
| 3/23/2016 | D. Muraskin | Draft checkoff complaint (1.4) | $192.68 | 1.40 | $ 269.75 |
| 3/29/2016 | D. Muraskin | Checkoff, prepare for and have call with R-CALF Board (1.8) | $192.68 | 1.80 | $ 346.82 |
| 3/30/2016 | D. Muraskin | Checkoff, revise complaint (2.2); | $192.68 | 2.20 | $ 423.90 |
| 3/31/2016 | D. Muraskin | Checkoff, cite check complaint | $192.68 | 6.00 | $ 1,156.08 |
| 4/1/2016 | D. Muraskin | Revise complaint (2.6); call with local counsel (0.5) | $192.68 | 3.10 | $ 597.31 |
| 4/5/2016 | D. Muraskin | Draft complaint (2) | $192.68 | 2.00 | $ 385.36 |
| 4/6/2016 | D. Muraskin | Calls and edits on complaint | $192.68 | 1.50 | $ 289.02 |
| 4/11/2016 | D. Muraskin | Draft complaint (5.6) | $192.68 | 5.60 | $ 1,079.01 |
| 4/13/2016 | D. Muraskin | Draft complaint | $192.68 | 2.20 | $ 423.90 |
| 4/19/2016 | D. Muraskin | Draft complaint | $192.68 | 1.70 | $ 327.56 |
| 4/27/2016 | D. Muraskin | Finalize complaint | $192.68 | 5.80 | $ 1,117.54 |
| 4/28/2016 | D. Muraskin | Proof complaint | $192.68 | 0.20 | $ 38.54 |
| 4/29/2016 | D. Muraskin | Finalize complaint and related | $192.68 | 5.80 | $ 1,117.54 |
| 5/2/2016 | D. Muraskin | Get complaint filed (0.5); | $192.68 | 0.50 | $ 96.34 |
| 5/3/2016 | D. Muraskin | Work on pro hac related filings | $192.68 | 0.50 | $ 96.34 |
| 6/30/2016 | D. Muraskin | Follow-up on government extension request | $192.68 | 1.20 | $ 231.22 |
| 7/1/2016 | D. Muraskin | Research for potential preliminary injunction pending finalization of proposed rule | $192.68 | 0.70 | $ 134.88 |
| 7/13/2016 | D. Muraskin | Emails regarding state of the case | $192.68 | 0.80 | $ 154.14 |
| 7/14/2016 | D. Muraskin | Call with the United States regarding its proposed rule, preparation for the same and follow-up (2.3); further follow-up with co-counsel (0.3) | $192.68 | 2.60 | $ 500.97 |
| 8/4/2016 | D. Muraskin | Review Government's filing | $192.68 | 1.00 | $ 192.68 |
| 8/6/2016 | D. Muraskin | Review government's checkoff filing | $192.68 | 1.00 | $ 192.68 |
| 8/8/2016 | D. Muraskin | Work on Opposition to Defendants' motion to dismiss | $192.68 | 8.00 | $ 1,541.44 |
| 8/9/2016 | D. Muraskin | Draft Opposition to Defendants' Motion to Dismiss | $192.68 | 7.00 | $ 1,348.76 |
| 8/10/2016 | D. Muraskin | Draft Opposition to Defendants' Motion to Dismiss | $192.68 | 6.50 | $ 1,252.42 |
| 8/11/2016 | D. Muraskin | Work on Opposition to Defendants' Motion to Dismiss ((1.5) | $192.68 | 1.50 | $ 289.02 |
| 8/12/2016 | D. Muraskin | Work on Opposition to Government's Motion | $192.68 | 6.70 | $ 1,290.96 |
| 8/13/2016 | D. Muraskin | Work on Opposition to Defendants' Motion to Dismiss | $192.68 | 5.00 | $ 963.40 |
| 8/14/2016 | D. Muraskin | Work on Opposition to Defendants' Motion to Dismiss | $192.68 | 3.00 | $ 578.04 |

**Muraskin**

| Date | Attorney | Description | Rate | Hours | Value |
|---|---|---|---|---|---|
| 8/15/2016 | D. Muraskin | research and draft MSJ and motion for PI (7) | $192.68 | 7.00 | $ 1,348.76 |
| 8/16/2016 | D. Muraskin | Draft Motion for Summary Judgment, or, in the alternative, a Preliminary Injunction | $192.68 | 3.60 | $ 693.65 |
| 8/17/2016 | D. Muraskin | Work on Motion for Summary Judgment or in the Alternative a Preliminary Injunction | $192.68 | 9.70 | $ 1,869.00 |
| 8/18/2016 | D. Muraskin | Work on Motion for Summary Judgment or in the Alternative a Preliminary Injunction and related documents to file | $192.68 | 10.40 | $ 2,003.87 |
| 8/20/2016 | D. Muraskin | Cite check motion for summary judgment or a preliminary injunction | $192.68 | 1.30 | $ 250.48 |
| 8/21/2016 | D. Muraskin | Revise motion for summary judgment or in the alternative a preliminary | $192.68 | 5.00 | $ 963.40 |
| 8/22/2016 | D. Muraskin | Work on Motion for Summary Judgment or a PI and related | $192.68 | 8.00 | $ 1,541.44 |
| 8/23/2016 | D. Muraskin | Finalize motion for summary judgment or in the alternative a preliminary injunction and related | $192.68 | 5.10 | $ 982.67 |
| 8/24/2016 | D. Muraskin | Help get Plaintiff's motion for summary judgment or a preliminary injunction and related filings filed | $192.68 | 5.50 | $ 1,059.74 |
| 8/30/2016 | D. Muraskin | Emails related to case | $192.68 | 0.50 | $ 96.34 |
| 9/7/2016 | D. Muraskin | Emails and calls related to Government's request to relay its response to Plaintiff's Motion for Summary Judgment or in the | $192.68 | 1.80 | $ 346.82 |
| 9/8/2016 | D. Muraskin | Draft opposition to Government's motion to extend time to respond to Plaintiff's MSJ or PI | $192.68 | 3.60 | $ 693.65 |
| 9/9/2016 | D. Muraskin | draft motion for a temporary restraining order (7.9); | $192.68 | 7.90 | $ 1,522.17 |
| 9/10/2016 | D. Muraskin | Draft TRO request (2.6) | $192.68 | 2.60 | $ 500.97 |
| 9/11/2016 | D. Muraskin | Work on TRO request (2.4) | $192.68 | 2.40 | $ 462.43 |
| 9/12/2016 | D. Muraskin | Finalize motion for TRO (4.2); | $192.68 | 4.20 | $ 809.26 |
| 9/13/2016 | D. Muraskin | respond to Government on its motion to delay R-CALF's TRO motion (0.5); sdraft opposition to Government's motion to delay TRO (2.9) | $192.68 | 3.40 | $ 655.11 |
| 9/14/2016 | D. Muraskin | Finalize opposition to Government's motion to delay TRO | $192.68 | 3.80 | $ 732.18 |
| 9/15/2016 | D. Muraskin | Rule 26 meet and confer and follow-up email to co-counsel summarizing meeting (0.8) | $192.68 | 0.80 | $ 154.14 |
| 9/18/2016 | D. Muraskin | Draft trial plan | $192.68 | 0.30 | $ 57.80 |

**Muraskin**

| Date | Attorney | Description | Rate | Hours | Value |
|---|---|---|---|---|---|
| 9/19/2016 | D. Muraskin | Draft pretrial statement and revise trial plan (1.9) | $192.68 | 1.90 | $ 366.09 |
| 9/20/2016 | D. Muraskin | Work on pretrial/discovery documents | $192.68 | 0.30 | $ 57.80 |
| 9/21/2016 | D. Muraskin | Review pretrial documents | $192.68 | 1.40 | $ 269.75 |
| 9/25/2016 | D. Muraskin | Work on initial disclosures | $192.68 | 0.30 | $ 57.80 |
| 9/27/2016 | D. Muraskin | Revise and review initial disclosures and email related to the same. | $192.68 | 0.30 | $ 57.80 |
| 9/28/2016 | D. Muraskin | Review Defendants' reply and opposition | $192.68 | 0.40 | $ 77.07 |
| 9/29/2016 | D. Muraskin | Research reply in support of MSJ and PI (8.9); being to draft brief (0.8) | $192.68 | 9.70 | $ 1,869.00 |
| 9/30/2016 | D. Muraskin | Work on reply in support of MSJ and PI | $192.68 | 9.50 | $ 1,830.46 |
| 10/1/2016 | D. Muraskin | Work on reply in support of MSJ and PI | $192.68 | 1.50 | $ 289.02 |
| 10/2/2016 | D. Muraskin | Work on reply in support of MSJ and PI | $192.68 | 1.20 | $ 231.22 |
| 10/3/2016 | D. Muraskin | Work on reply in support of MSJ, PI | $192.68 | 7.20 | $ 1,387.30 |
| 10/6/2016 | D. Muraskin | Work on reply in support of MSJ and PI | $192.68 | 3.90 | $ 751.45 |
| 10/8/2016 | D. Muraskin | Work on reply in support of MSJ and PI | $192.68 | 1.60 | $ 308.29 |
| 10/11/2016 | D. Muraskin | Finalize reply in support of MSJ and related materials | $192.68 | 0.70 | $ 134.88 |
| 10/12/2016 | D. Muraskin | Finalize reply in support of MSJ and related materials and file | $192.68 | 1.80 | $ 346.82 |
| 10/15/2016 | D. Muraskin | Emails to co-counsel, client and firm regarding argument moot for MTD, TRO, SJ | $192.68 | 0.30 | $ 57.80 |
| 10/17/2016 | D. Muraskin | Argument preparation, review cases and filings (3) | $192.68 | 3.00 | $ 578.04 |
| 10/18/2016 | D. Muraskin | Cal with co-counsel on argument (1.2); preparation for that call (0.6); additional argument preparation (0.5) | $192.68 | 2.30 | $ 443.16 |
| 10/19/2016 | D. Muraskin | Argument preparation | $192.68 | 6.40 | $ 1,233.15 |
| 10/21/2016 | D. Muraskin | Prepare for moot and follow-up | $192.68 | 4.60 | $ 886.33 |
| 10/24/2016 | D. Muraskin | Prepare for argument on motions to dismiss, summary judgment, TRO, etc. (5.4); travel to argument (9.8) | $192.68 | 15.20 | $ 2,928.74 |
| 10/25/2016 | D. Muraskin | Prepare for argument on motion to dismiss, summary judgment TRO etc (2.3); argument (1); travel back from argument (1.4) | $192.68 | 4.70 | $ 905.60 |
| 10/26/2016 | D. Muraskin | Travel back from argument on defendants' motion to dismiss, summary judgment, TRO | $192.68 | 9.00 | $ 1,734.12 |

**Muraskin**

| Date | Attorney | Description | Rate | Hours | Value |
|------|----------|-------------|------|-------|-------|
| 12/19/2016 | D. Muraskin | Call with the United States on status of case and potential objections and follow-up email to client | $192.68 | 0.60 | $ 115.61 |
| 12/24/2016 | D. Muraskin | Review Government's Objections to Magistrate Judge's ruiling | $192.68 | 1.00 | $ 192.68 |
| 12/26/2016 | D. Muraskin | Begin working on Opposition to Objections to Magistrate Judge's | $192.68 | 1.90 | $ 366.09 |
| 12/27/2016 | D. Muraskin | Work on Opposition to Objections to Magistrate Judge's ruling | $192.68 | 8.80 | $ 1,695.58 |
| 12/28/2016 | D. Muraskin | Work on Opposition to Objections to Magistrate Judge's ruling | $192.68 | 8.80 | $ 1,695.58 |
| 12/29/2016 | D. Muraskin | Work on Opposition to Objections to Magistrate Judge's ruling | $192.68 | 8.30 | $ 1,599.24 |
| 12/30/2016 | D. Muraskin | Finalize first draft of opposition to objections to Magistrate Judge's ruling for circulating to co-counsel | $192.68 | 3.00 | $ 578.04 |
| 1/3/2017 | D. Muraskin | Edit opposition to Government's objections | $196.79 | 6.90 | $ 1,357.85 |
| 1/4/2017 | D. Muraskin | Work on Opposition to Government's objections to magistrate judge's ruling | $196.79 | 1.90 | $ 373.90 |
| 1/5/2017 | D. Muraskin | Work on Opposition to Government's Objections to Magistrate Judge's Opinion | $196.79 | 4.90 | $ 964.27 |
| 1/6/2017 | D. Muraskin | Emails to co counsel related to filing of Opposition to Objections | $196.79 | 0.20 | $ 39.36 |
| 6/19/2017 | D. Muraskin | Review recent Supreme Court decision for potential 28(j) letter | $196.79 | 0.50 | $ 98.40 |
| 6/21/2017 | D. Muraskin | Review checkoff decision | $196.79 | 1.30 | $ 255.83 |
| 7/7/2017 | D. Muraskin | Call with DOJ on instituting PI and potential appeal and email follow-ups | $196.79 | 1.30 | $ 255.83 |
| 7/13/2017 | D. Muraskin | Call related to case and follow-up | $196.79 | 0.90 | $ 177.11 |
| 8/23/2017 | D. Muraskin | administrative matters in case | $196.79 | 0.50 | $ 98.40 |
| 8/29/2017 | D. Muraskin | Enter appearance on appeal (0.3); draft stipulation for stay in the district court (1.8) | $196.79 | 2.10 | $ 413.26 |
| 9/12/2017 | D. Muraskin | Edit stipulation to stay discovery | $196.79 | 1.10 | $ 216.47 |
| 9/13/2017 | D. Muraskin | Research related to Opposition to appeal of preliminary injunction | $196.79 | 5.20 | $ 1,023.31 |
| 9/15/2017 | D. Muraskin | Review Government's appeal of preliminary injunction | $196.79 | 0.50 | $ 98.40 |
| 9/18/2017 | D. Muraskin | Draft opposition to government's appeal of preliminary injunction | $196.79 | 7.20 | $ 1,416.89 |
| 9/19/2017 | D. Muraskin | Work on 9th Cir. opposition brief concerning preliminary injunction | $196.79 | 6.10 | $ 1,200.42 |
| 9/20/2017 | D. Muraskin | Work on Opposition brief to 9th Cir. regarding appeal of the preliminary injunction | $196.79 | 2.40 | $ 472.30 |

Ranchers-Cattlemen Action Legal Fund v. Perdue, et al.
CV-16-41-GF-BMM-JTJ

Page 8

**Muraskin**

| Date | Attorney | Description | Rate | Hours | Value |
|------|----------|-------------|------|-------|-------|
| 9/21/2017 | D. Muraskin | Draft Opposition brief to 9th Cir. concerning preliminary injunction | $196.79 | 6.80 | $ 1,338.17 |
| 9/22/2017 | D. Muraskin | Draft 9th Cir. Opposition brief concerning appeal of preliminary injunction | $196.79 | 5.30 | $ 1,042.99 |
| 9/24/2017 | D. Muraskin | Edit draft 9th Cir. opposition brief concerning the preliminary injunction | $196.79 | 4.70 | $ 924.91 |
| 9/25/2017 | D. Muraskin | Edit draft 9th Cir. Opposition brief concerning preliminary injunction | $196.79 | 7.80 | $ 1,534.96 |
| 9/26/2017 | D. Muraskin | Edit 9th Cir. Opposition regarding preliminary injunction | $196.79 | 7.70 | $ 1,515.28 |
| 9/30/2017 | D. Muraskin | Edith 9th Cir. Opposition brief on preliminary injunction | $196.79 | 4.10 | $ 806.84 |
| 10/2/2017 | D. Muraskin | Edit 9th Cir. opposition brief on preliminary injunction | $196.79 | 4.40 | $ 865.88 |
| 10/4/2017 | D. Muraskin | Edit Opposition to 9th Cir. appeal of preliminary injunction | $196.79 | 2.40 | $ 472.30 |
| 10/5/2017 | D. Muraskin | Prepare supplemental appendix for 9th Cir. appeal (0.5); Edit 9th Cir. Opposition brief regarding preliminary injunction (1) | $196.79 | 1.50 | $ 295.19 |
| 10/6/2017 | D. Muraskin | Edit 9th Cir. Opposition brief on preliminary injunction | $196.79 | 3.70 | $ 728.12 |
| 10/8/2017 | D. Muraskin | Edit 9th Cir. Opposition brief on preliminary injunction | $196.79 | 3.50 | $ 688.77 |
| 10/9/2017 | D. Muraskin | Edit 9th Cir. Opposition brief on preliminary injunction | $196.79 | 4.60 | $ 905.23 |
| 10/10/2017 | D. Muraskin | Edit 9th Cir. Opposition brief on preliminary injunction (1.8); format that brief (1.4) | $196.79 | 3.20 | $ 629.73 |
| 10/11/2017 | D. Muraskin | Edit 9th Cir. Opposition Brief on preliminary injunction | $196.79 | 7.00 | $ 1,377.53 |
| 10/12/2017 | D. Muraskin | Edit 9th Cir. Opposition brief on preliminary injunction | $196.79 | 6.40 | $ 1,259.46 |
| 10/13/2017 | D. Muraskin | Finish 9th Cir. Opposition brief (5.2); emails related to the same (0.3) | $196.79 | 5.50 | $ 1,082.35 |
| 11/2/2017 | D. Muraskin | Review Gov. Reply brief to the 9th | $196.79 | 0.60 | $ 118.07 |
| 11/3/2017 | D. Muraskin | Emails to client and co-counsel on Government's reply to 9th Cir. | $196.79 | 0.20 | $ 39.36 |
| 12/11/2017 | D. Muraskin | Draft Supplemental Authority letter to 9th Cir. | $196.79 | 4.70 | $ 924.91 |
| 12/15/2017 | D. Muraskin | Finalize supplemental authority | $196.79 | 0.30 | $ 59.04 |
| 2/1/2018 | D. Muraskin | Prep for 9th Cir. argument | $201.60 | 1.20 | $ 241.92 |
| 2/3/2018 | D. Muraskin | Prep for 9th Cir. argument | $201.60 | 3.50 | $ 705.60 |
| 2/5/2018 | D. Muraskin | Review checkoff cases for 9th cir. argument | $201.60 | 1.90 | $ 383.04 |
| 2/6/2018 | D. Muraskin | Prepare for 9th Cir. argument | $201.60 | 2.00 | $ 403.20 |

**Muraskin**

| Date | Attorney | Description | Rate | Hours | Value |
|------|----------|-------------|------|-------|-------|
| 2/15/2018 | D. Muraskin | Work on Rule 28(j) letter | $201.60 | 2.20 | $ 443.52 |
| 2/16/2018 | D. Muraskin | Edit Rule 28(j) letter | $201.60 | 1.80 | $ 362.88 |
| 2/21/2018 | D. Muraskin | Finalize Rule 28(j) letter | $201.60 | 0.80 | $ 161.28 |
| 2/24/2018 | D. Muraskin | Prepare for 9th Cir. argument | $201.60 | 2.00 | $ 403.20 |
| 2/25/2018 | D. Muraskin | Prepare for 9th Cir. argument | $201.60 | 2.00 | $ 403.20 |
| 2/26/2018 | D. Muraskin | Emails on case (0.5); argument prep (0.9); research for argument (1.5) | $201.60 | 2.90 | $ 584.64 |
| 2/27/2018 | D. Muraskin | 9th Cir. argument prep | $201.60 | 3.50 | $ 705.60 |
| 2/28/2018 | D. Muraskin | 9th Cir. argument prep | $201.60 | 3.00 | $ 604.80 |
| 3/1/2018 | D. Muraskin | 9th Cir. argument prep | $201.60 | 4.00 | $ 806.40 |
| 3/2/2018 | D. Muraskin | 9th Cir. argument prep | $201.60 | 9.00 | $ 1,814.40 |
| 3/4/2018 | D. Muraskin | Prepare for 9th Cir. argument | $201.60 | 4.50 | $ 907.20 |
| 3/5/2018 | D. Muraskin | Travel to and prepare for 9th Cir. argument | $201.60 | 9.50 | $ 1,915.20 |
| 3/6/2018 | D. Muraskin | 9th Cir. argument prep, argument and follow-up | $201.60 | 6.00 | $ 1,209.60 |
| 3/7/2018 | D. Muraskin | Travel back from 9th Cir. argument | $201.60 | 8.00 | $ 1,612.80 |

| | | | | Total Hours and Fees | 587.90 | $ 114,314.00 |
|---|---|---|---|---|---|---|

**Ranchers-Cattlemen Action Legal Fund v. Perdue, et al.**
**CV-16-41-GF-BMM-JTJ**

**Rossbach**

| Date | Attorney | Description | Rate | Hours | Value |
|---|---|---|---|---|---|
| 3/10/2016 | W. Rossbach | Initial emails and conference regarding new case with David | $ 192.68 | 0.50 | $ 96.34 |
| 3/22/2016 | W. Rossbach | Emails regarding complaint and Montana Court issues | $ 192.68 | 0.50 | $ 96.34 |
| 3/24/2016 | W. Rossbach | Review complaint and comments | $ 192.68 | 0.70 | $ 134.88 |
| 4/5/2016 | W. Rossbach | Review and comment on complaint, suggested edits | $ 192.68 | 1.80 | $ 346.82 |
| 4/6/2016 | W. Rossbach | Review and comment regarding emails about case and retainer | $ 192.68 | 0.60 | $ 115.61 |
| 4/11/2016 | W. Rossbach | Review correspondence and memorandum, complaint and consult with counsel | $ 192.68 | 0.40 | $ 77.07 |
| 4/13/2016 | W. Rossbach | Review and edit complaint | $ 192.68 | 0.80 | $ 154.14 |
| 4/27/2016 | W. Rossbach | Review correspondence and comment | $ 192.68 | 0.20 | $ 38.54 |
| 5/16/2016 | W. Rossbach | Review emails and respond | $ 192.68 | 0.10 | $ 19.27 |
| 6/20/2016 | W. Rossbach | Review emails and respond | $ 192.68 | 0.10 | $ 19.27 |
| 6/30/2016 | W. Rossbach | Confer with counsel regarding strategy and extension issues | $ 192.68 | 0.30 | $ 57.80 |
| 7/1/2016 | W. Rossbach | Review emails and respond | $ 192.68 | 0.10 | $ 19.27 |
| 8/2/2016 | W. Rossbach | Review correspondence and respond | $ 192.68 | 0.10 | $ 19.27 |
| 8/8/2016 | W. Rossbach | Review and comment on correspondence regarding summary judgment | $ 192.68 | 0.20 | $ 38.54 |
| 8/24/2016 | W. Rossbach | Review, comment and edit brief and prepare to file | $ 192.68 | 1.40 | $ 269.75 |
| 9/12/2016 | W. Rossbach | Review and edit TRO and proposed drafts | $ 192.68 | 2.30 | $ 443.16 |
| 9/13/2016 | W. Rossbach | Correspondence regarding scheduling | $ 192.68 | 0.20 | $ 38.54 |
| 9/14/2016 | W. Rossbach | Review, comments and editing on documents | $ 192.68 | 1.20 | $ 231.22 |
| 9/19/2016 | W. Rossbach | Review proposed trial plan and other documents, including pretrial | $ 192.68 | 0.60 | $ 115.61 |
| 9/20/2016 | W. Rossbach | Editing trial plan, etc. | $ 192.68 | 0.80 | $ 154.14 |
| 9/21/2016 | W. Rossbach | Commenting and editing stipulated facts, etc. | $ 192.68 | 1.00 | $ 192.68 |
| 9/28/2016 | W. Rossbach | Review and comment on final documents | $ 192.68 | 0.80 | $ 154.14 |
| 10/11/2016 | W. Rossbach | Review all MSJ documents, editing and comments | $ 192.68 | 1.60 | $ 308.29 |
| 10/11/2016 | W. Rossbach | Review and comment on brief and other documents | $ 192.68 | 0.60 | $ 115.61 |
| 10/25/2016 | W. Rossbach | Conference regarding oral argument strategies | $ 192.68 | 0.50 | $ 96.34 |
| 10/26/2016 | W. Rossbach | Travel to and attendance at oral argument and post argument | $ 192.68 | 7.00 | $ 1,348.76 |

**Rossbach**

| Date | Attorney | Description | Rate | Hours | Value |
|---|---|---|---|---|---|
| 12/13/2016 | W. Rossbach | Review decision of magistrate judge and confer with counseling regarding next steps | $ 192.68 | 0.80 | $ 154.14 |
| 2/21/2017 | W. Rossbach | Correspondence regarding case status | $ 196.79 | 0.30 | $ 59.04 |
| 6/19/2017 | W. Rossbach | Review and comment on question of additional authority | $ 196.79 | 0.30 | $ 59.04 |
| 6/20/2017 | W. Rossbach | Comment on additional authority | $ 196.79 | 0.20 | $ 39.36 |
| 6/20/2017 | W. Rossbach | Correspondence and comment regarding case status | $ 196.79 | 0.20 | $ 39.36 |
| 6/21/2017 | W. Rossbach | Review Court decision and comment and confer with counsel regarding next steps | $ 196.79 | 0.60 | $ 118.07 |
| 6/29/2017 | W. Rossbach | Review and comment on case strategy | $ 196.79 | 0.20 | $ 39.36 |
| 7/25/2017 | W. Rossbach | Review proposed response and provide comments | $ 196.79 | 0.30 | $ 59.04 |
| 8/23/2017 | W. Rossbach | Correspondence and comments regarding pleadings | $ 196.79 | 0.30 | $ 59.04 |
| 9/12/2017 | W. Rossbach | Review and comment on documents | $ 196.79 | 0.20 | $ 39.36 |
| 10/8/2017 | W. Rossbach | Review and edit draft brief | $ 196.79 | 1.60 | $ 314.86 |
| 10/13/2017 | W. Rossbach | Review and submission of brief | $ 196.79 | 0.40 | $ 78.72 |
| 12/7/2017 | W. Rossbach | Review Supreme Court decision | $ 196.79 | 0.30 | $ 59.04 |
| 2/19/2018 | W. Rossbach | Review of additional authority for | $ 201.60 | 0.20 | $ 40.32 |
| 4/9/2018 | W. Rossbach | Review 9th Circuit decision and follow-up with counsel | $ 201.60 | 0.40 | $ 80.64 |
| Total Hours and Fees | | | | 31.20 | $ 5,940.77 |

**Smith**

| Date | Attorney | Description | Rate | Hour | Value |
|---|---|---|---|---|---|
| 3/30/2020 | K. Smith | EAJA Fees issues | $206.77 | 2.20 | $ 455.72 |
| 3/31/2020 | K. Smith | fees research | $206.77 | 4.87 | $ 1,006.14 |
| 4/1/2020 | K. Smith | prevailing party EAJA research | $206.77 | 0.55 | $ 114.34 |
| 4/1/2020 | K. Smith | Drafting Fee demand letter. | $206.77 | 1.18 | $ 244.20 |
| 4/2/2020 | K. Smith | drafting fee demand letter | $206.77 | 0.56 | $ 116.62 |
| 4/3/2020 | K. Smith | Drafting fee demand letter. | $206.77 | 5.02 | $ 1,037.99 |
| 5/22/2020 | K. Smith | finalizing language in fee demand. Now only awaiting final hours & | $206.77 | 0.47 | $ 96.15 |
| 5/27/2020 | K. Smith | finalized costs table | $206.77 | 0.55 | $ 113.10 |
| 5/29/2020 | K. Smith | Finalizing and sending Fee Demand and Tables. | $206.77 | 1.50 | $ 310.16 |
| 6/29/2020 | K. Smith | Reviewing DOJs email RE fee settlement discussions. Emails with Dave and Neil | $206.77 | 0.33 | $ 68.85 |
| 6/30/2020 | K. Smith | Conferring with Dave/Neil on approach to interim fees, responding | $206.77 | 1.25 | $ 258.46 |
| 7/1/2020 | K. Smith | comms with USDA regarding fees and proposed briefing schedule (including we intend to use COLA for our EAJA motion) | $206.77 | 0.46 | $ 95.53 |
| 7/15/2020 | K. Smith | emailing lisa etc to update fee & costs tbles so I can move under EAJA as USDA would not negotiate | $206.77 | 0.16 | $ 33.50 |
| 7/20/2020 | K. Smith | researching and drafting motion for | $206.77 | 0.07 | $ 13.65 |
| 7/26/2020 | K. Smith | researching drafting EAJA motion for fees | $206.77 | 2.44 | $ 503.90 |
| 7/27/2020 | K. Smith | researching drafting motion for fees under EAJA | $206.77 | 3.18 | $ 657.12 |
| 7/28/2020 | K. Smith | drafting motion for fees & costs under EAJA | $206.77 | 5.63 | $ 1,163.29 |
| 7/29/2020 | K. Smith | reviewing updated tables Lisa produced to make into exhibit(s) for | $206.77 | 0.25 | $ 51.69 |
| 8/6/2020 | K. Smith | revising EAJA motion purusant to Dave's edits. | $206.77 | 2.75 | $ 568.62 |
| 8/11/2020 | K. Smith | edited draft MOL ISO EAJA fees in accordance with Dave's edits. | $206.77 | 2.63 | $ 542.77 |
| 8/12/2020 | K. Smith | drafted cover motion, finished brief, and first draft of declarations for review by Bill/Dave. | $206.77 | 3.68 | $ 759.88 |
| 8/19/2020 | K. Smith | reviewing Dave's edits to to fee documents. | $206.77 | 0.97 | $ 201.39 |
| 8/20/2020 | K. Smith | updating MOL pursuant to Dave's | $206.77 | 1.68 | $ 347.79 |
| 8/21/2020 | K. Smith | finalizing mol supporting fees to send to group. | $206.77 | 0.57 | $ 118.69 |
| 8/23/2020 | K. Smith | finalized motion, brief, declarations, and log for team's review. | $206.77 | 1.25 | $ 258.88 |

Ranchers-Cattlemen Action Legal Fund v. Perdue, et al.
CV-16-41-GF-BMM-JTJ

Page 13

**Smith**

| Date | Attorney | Description | Rate | Hour | Value |
|---|---|---|---|---|---|
| 8/24/2020 | K. Smith | final edits to MOL | $206.77 | 2.36 | $ 488.18 |
| 8/25/2020 | K. Smith | Research into prevailing market rates and updating MOL. | $206.77 | 1.44 | $ 297.13 |
| 9/2/2020 | K. Smith | finalizing all documents for Dave's final approval. | $206.77 | 1.23 | $ 254.33 |

| Total Hours and Fees | 49.22 | $ 10,178.05 |
|---|---|---|

| Date | Fellow | Description | Rate | Hours | Value |
|------|--------|-------------|------|-------|-------|
| 4/13/2016 | G. Hopkins | cite-checking complaint | $192.68 | 2.00 | $ 385.36 |
| 8/9/2016 | G. Hopkins | Reviewing documents to prep Statement of undisputed facts. | $192.68 | 2.50 | $ 481.70 |
| 8/10/2016 | G. Hopkins | Drafting statement of undisputed facts | $192.68 | 4.88 | $ 939.89 |
| 8/15/2016 | G. Hopkins | Reading updated MSJ and comparing to SUF draft. | $192.68 | 1.00 | $ 192.68 |
| 8/17/2016 | G. Hopkins | Working on SUF and opp to MTD and MSJ | $192.68 | 4.50 | $ 867.06 |
| 8/18/2016 | G. Hopkins | Working on SUF and opp to MTD and MSJ | $192.68 | 4.60 | $ 885.36 |
| 8/22/2016 | G. Hopkins | Working on Opp to MTD/MSJ and SUF | $192.68 | 5.50 | $ 1,059.74 |
| 8/23/2016 | G. Hopkins | Working on Opp to MTD/MSJ and SUF | $192.68 | 4.00 | $ 770.72 |
| 8/24/2016 | G. Hopkins | Working on Opp to MTD/MSJ and SUF | $192.68 | 4.00 | $ 770.72 |
| Total for G. Hopkins | | | | | $ 6,353.24 |

| Date | Fellow | Description | Rate | Hours | Value |
|------|--------|-------------|------|-------|-------|
| 10/5/2017 | L. Rhoads | Reviewed Supplemental Excerpts of Record for compliance with 9th circuit rules | $196.79 | 0.43 | $ 85.21 |
| 10/6/2017 | L. Rhoads | Reviewed Supplemental Excerpts of Record for compliance with 9th circuit rules | $196.79 | 0.73 | $ 144.25 |
| 10/10/2017 | L. Rhoads | Proofread and bluebooked Reply Brief | $196.79 | 1.47 | $ 288.69 |
| 10/11/2017 | L. Rhoads | Cite-checked Dave's opposition brief | $196.79 | 5.47 | $ 1,075.85 |
| 10/13/2017 | L. Rhoads | Final check of Dave's reply brief | $196.79 | 4.05 | $ 797.00 |
| 2/21/2018 | L. Rhoads | Proofing Second 28(j) letter to inform clerk of new DOJ policy memo | $201.60 | 0.20 | $ 40.32 |
| Total for L. Rhoads | | | | | $ 2,431.32 |

| Date | Fellow | Description | Rate | Hours | Value |
|------|--------|-------------|------|-------|-------|
| 1/5/2017 | K. Taylor | Line editing reply brief, compiling Table of Authorities, final read | $196.79 | 5.48 | $ 1,079.00 |
| Total for K. Taylor | | | | | $ 1,079.00 |

| Date | Fellow | Description | Rate | Hours | Value |
|------|--------|-------------|------|-------|-------|
| 9/12/2016 | D. Zylberberg | Proofreading Motion twice. | $192.68 | 1.10 | $ 211.95 |
| 9/14/2016 | D. Zylberberg | Proofreading TRO reply motion. | $192.68 | 0.40 | $ 77.07 |
| 10/6/2016 | D. Zylberberg | Citechecking reply to SJ and reply to statement of fact. | $192.68 | 1.10 | $ 211.95 |
| 10/7/2016 | D. Zylberberg | Citechecking reply in support of motion for SJ. | $192.68 | 3.80 | $ 732.18 |
| 12/29/2016 | D. Zylberberg | Research for David on 9th Circuit cases on private agreements between agency and private party. | $192.68 | 0.80 | $ 154.14 |
| 12/30/2016 | D. Zylberberg | Research for David on 9th Circuit cases on private agreements between agency and private party. | $192.68 | 0.30 | $ 57.80 |
| Total for D. Zylberberg | | | | | $ 1,445.10 |

Ranchers-Cattlemen Action Legal Fund v. Perdue, et al.
CV-16-41-GF-BMM-JTJ

Page 15

**Costs**

| Date | Source Name | Memo | Amount | |
|---|---|---|---|---|
| 07/31/2016 | | Record copier meter usage per reading | $ 1.20 | COPY |
| 08/31/2016 | | Record copier meter usage per reading | $ 37.20 | COPY |
| 09/30/2016 | | Record copier meter usage per reading | $ 31.10 | COPY |
| 10/31/2016 | | Record copier meter usage per reading | $ 100.80 | COPY |
| 11/30/2016 | | Record copier meter usage per reading | $ 21.20 | COPY |
| 12/30/2016 | WCO | Record quarterly WCO copier reading | $ 21.30 | COPY |
| 12/31/2016 | | Record copier meter usage per reading | $ 37.50 | COPY |
| 07/31/2017 | | Record copier meter usage per reading | $ 4.50 | COPY |
| 08/31/2017 | | Record copier meter usage per reading | $ 1.90 | COPY |
| 09/30/2017 | WCO | Record quarterly WCO copier reading | $ 15.80 | COPY |
| 12/31/2017 | | Record copier meter usage per reading | $ 1.00 | COPY |
| 12/31/2017 | | Record quarterly WCO copier reading | $ 16.40 | COPY |
| | Total Copy Costs | | $ 289.90 | |

| Date | Source Name | Memo | Amount | |
|---|---|---|---|---|
| 04/30/2016 | David Muraskin | NY Bar - Certificate of Good Standing for case | $ 10.00 | COURT |
| 05/02/2016 | Public Justice | Filing Fee for Complaint | $ 400.00 | COURT |
| 05/02/2016 | Public Justice | Filing Fee for PHV (D.S. Muraskin) | $ 250.00 | COURT |
| 05/02/2016 | John Butler | Filing Fee for PHV (J.D. Butler) | $ 250.00 | COURT |
| 01/31/2017 | American Express | Sapp-PACER - October 1 - December 31, 2016 | $ 19.40 | COURT |
| 08/31/2017 | David Muraskin | Admission fees to 9th Circuit Court | $ 230.00 | COURT |
| | Total Court Costs | | $ 1,159.40 | |

| Date | Source Name | Memo | Amount | |
|---|---|---|---|---|
| 05/01/2016 | West Payment Center | Research for case 4/1-4/30/2016 | $ 71.36 | LEGAL |
| 06/01/2016 | West Payment Center | Research for case 5/1-5/31/2016 | $ 0.93 | LEGAL |
| 07/31/2016 | David Muraskin | Document purchase fee. | $ 5.00 | LEGAL |
| 07/31/2016 | West Payment Center | Case Research Costs 7/1-7/31/16 | $ 16.02 | LEGAL |
| 09/01/2016 | West Payment Center | Research for case 8/1-8/31/2016 | $ 789.74 | LEGAL |
| 10/01/2016 | West Payment Center | Research for case 09/1-09/30/2016 | $ 220.49 | LEGAL |
| 10/05/2016 | Pacer Service Center | PACER research - July 1-September 30, 2016 | $ 5.90 | LEGAL |
| 11/01/2016 | West Payment Center | Case Research 10/1-10/2016 | $ 125.75 | LEGAL |
| 11/01/2016 | West Payment Center | Case Research 10/1-10/2016 | $ 6.75 | LEGAL |
| 01/04/2017 | West Payment Center | Research December 1-December 31, 2016 | $ 101.13 | LEGAL |
| 02/01/2017 | West Payment Center | Research case related January 1-January 2017 | $ 41.56 | LEGAL |
| 04/05/2017 | Pacer Service Center | PACER research for case January 1 - March 31, 2017 | $ 0.70 | LEGAL |
| 06/30/2017 | West Payment Center | Case Research June 1 - June 30, 2017 | $ 62.49 | LEGAL |
| 07/06/2017 | Pacer Service Center | Research - PACER April 1 - June 30, 2017 | $ 3.00 | LEGAL |
| 08/31/2017 | West Payment Center | Case Research 8/1-8/31/2017 | $ 7.35 | LEGAL |
| 09/30/2017 | Pacer Service Center | PACER Research July 1 - September 30, 2017 | $ 12.80 | LEGAL |
| 09/30/2017 | West Payment Center | Case Research September 1 - September 30, 2017 | $ 148.19 | LEGAL |
| 10/31/2017 | West Payment Center | Research for case materials 10/1-10/31/2017 | $ 457.15 | LEGAL |
| 10/31/2017 | West Payment Center | Research for case materials 10/1-10/31/2017 | $ 11.27 | LEGAL |
| 12/31/2017 | West Payment Center | Case Research 12/1-12/31/2017 | $ 60.75 | LEGAL |
| 02/28/2018 | West Payment Center | Case Research 2/1 - 2/28/2018 | $ 65.09 | LEGAL |
| | Total Legal Costs | | $ 2,213.42 | |

| Date | Source Name | Memo | Amount | |
|---|---|---|---|---|
| 07/31/2016 | Premiere Global Services | Conference Calls - 7/1-7/31/2016 | $ 44.49 | PHONE |
| 09/30/2016 | Premiere Global Services | PGC September services. | $ 50.13 | PHONE |
| 10/31/2016 | Premiere Global Services | conferencing. - October | $ 55.60 | PHONE |
| | Total Phone costs | | $ 150.22 | |

| Date | Source Name | Memo | Amount | |
|---|---|---|---|---|
| 09/30/2016 | David Muraskin | Delta Airlines (flight from BWI Airport to Helena, Montana, 10/24 - 10/26, 2016) | $ 627.20 | TRAVEL |

## Costs

| Date | Source Name | Memo | Amount | |
|---|---|---|---|---|
| 01/31/2018 | David Muraskin | Alaska Airlines RT Flight from DC to Portland, OR ( | $ 386.60 | TRAVEL |
| 02/28/2018 | David Muraskin | A Little Burger - food re Checkoff oral argument | $ 8.45 | TRAVEL |
| 02/28/2018 | David Muraskin | Gogo - inflight internet 30 min. pass re Checkoff oral argument | $ 11.00 | TRAVEL |
| 02/28/2018 | David Muraskin | Taxi from home to airport re Checkoff oral argument | $ 22.41 | TRAVEL |
| 02/28/2018 | David Muraskin | Taxi from Portland airport to hotel re Checkoff oral a | $ 24.58 | TRAVEL |
| 02/28/2018 | David Muraskin | Mark Spencer Hotel (3/4/18 - 3/6/18) re Checkoff oral argument | $ 293.31 | TRAVEL |
| 02/28/2018 | David Muraskin | Taxi from hotel to airport re Checkoff oral argument | $ 25.73 | TRAVEL |
| 02/28/2018 | David Muraskin | Receipt - food re Checkoff oral argument | $ 13.00 | TRAVEL |
| 02/28/2018 | David Muraskin | Upgrade to Alaska Airlines return flight Portland to DC re Checkoff oral argument (missing receipt) | $ 79.00 | TRAVEL |
| 02/28/2018 | David Muraskin | Gogo - inflight internet 30 min. pass re Checkoff oral argument | $ 39.95 | TRAVEL |
| | Total Travel Costs | | $ 1,531.23 | |

| Total Costs | $ 5,344.17 |
|---|---|